1  GOLDSMITH & HULL, P.C. /103298
   Eric Mintz, Esq.   SBN: 207384
2  16000 Ventura Boulevard, Suite 900
   Encino, California 91436
3  Tel.: (818) 990-6600
   Fax: (818) 990-6140
4  **govdept@goldsmsithcalaw.com**

5  Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY D.A. DEPUTY

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY J. STARKS<br><br>Defendant. | CASE NO. **CV02-08892 NM (Mcx)**<br><br>JUDGMENT <s>(PROPOSED)</s><br><br>Nora Manella, U.S. District Judge |

In the above-entitled action, pursuant to the parties' stipulation entered in the above-entitled action and having failed to complete the stipulation entered between the parties, pursuant to the terms of that stipulation,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff the UNITED STATES OF AMERICA have and recover from defendant JEFFREY J. STARKS the sum of $1,300.00 principal; $814.66 as accrued pre-judgment interest; $8.58 Administrative cost; $225.00 Court cost, plus $747.13 attorney fees, less credits of $972.80 for a total amount of $2,122.57, plus interest from December 12, 2008, at the rate of $0.11 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: __12/16/08__   _____
                      ~~NORA MANELLA~~ Audrey B. Collins
                      Acting Chief Judge, UNITED STATES DISTRICT JUDGE

7